Jeanette Antonette Andasola
c/o mailing: P.O. Box 3571
Scottsdale, Arizona [85271-3571]
602-717-5224
rureadi@cox.net

In Proper Persona

```
       FILED      ___ LODGED
___ RECEIVED      ___ COPY

        DEC 0 5 2014

   CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

FILE ON DEMAND
FOR THE RECORD

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**Jeanette Antonette Andasola**, an individual,

    **Plaintiff,**

    vs.

**Portfolio Recovery Associates, LLC,** a corporation,

    **Defendant(s).**

Case No. CV-14-02635-PHX-BSB

VERIFIED COMPLAINT
FOR RELIEF

TRIAL BY JURY DEMANDED

### COMPLAINT FOR VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT AND THE FAIR DEBT COLLECTION PRACTICES ACT

### NATURE OF THE ACTION

1.    This is a complaint for money damages.

2.    Defendant has violated the Telephone Consumer Protection Act ("TCPA").

3.    Defendant has *willfully and knowingly* violated the Telephone Consumer Protection Act ("TCPA").

4.    Defendant has violated the Fair Debt Collection Practices Act ("FDCPA").

## PARTIES

5. The Plaintiff in this lawsuit is Jeanette Antonette Andasola, a natural person. Plaintiff is a consumer and a Private Citizen Residing in Equity on the land of Maricopa County, of Arizona.

6. The Defendant in this lawsuit is Portfolio Recovery Associates, LLC ("PRA"), a debt collection company with offices at 120 Corporate Blvd., Suite 100, Norfolk, Virginia 23502 and doing business in Arizona.

## JURISDICTION AND VENUE

7. Jurisdiction of this Court arises under 47 U.S.C. §227(b)(3), 15 U.S.C. § 1692k(d), and 28 U.S.C. § 1331.

8. All conditions precedent to the bringing of this action have been performed.

9. Venue is proper pursuant to 28 U.S.C. §1391(b). Venue in this District is proper in that Plaintiff resides here, Defendant engages in and transacts business here, and all of the conduct and events complained of occurred here.

## BACKGROUND

10. On or about 1-November-2008, Plaintiff registered Plaintiff's phone number on the National Do Not Call Registry. (Exhibit "A")

11. On or about 1-May-2014, through approximately 31-July-2014, Defendant called the Plaintiff's wireless phone number 602-717-5224 (Exhibit "B"), on a minimum of five (5) occasions, from phone numbers identified as 800-772-1413 and 866-925-7109,

informing the recipient to return a call to phone number 800-772-1413, which are numbers known to be used by PRA in their debt collection operations.

12. PRA called Plaintiff's wireless phone without Plaintiff's consent, express or otherwise, or for emergency purposes.

13. All calls made by Defendant were made with automatic telephone dialing system (ATDS) capable equipment to Plaintiff's wireless phone.

14. Defendant called at times that were inconvenient for Plaintiff to answer the call due to work and family commitments.

15. Plaintiff has never had any business relationship with Defendant at any time and has never given PRA her express consent to call her wireless phone.

16. Plaintiff has attempted to settle this matter privately, however, Defendant has not responded to Plaintiff's writings dated October 10, 2014 and November 4, 2014 Defendant received October 14, 2014 and November 8, 2014, respectively.

## CAUSES OF ACTION

### COUNT I
### VIOLATIONS OF THE TELEPHONE
### CONSUMER PROTECTION ACT 47 U.S.C. §227(b)(1)

17. Plaintiff alleges and incorporates the information in paragraphs 1 through 16.

18. Defendant has violated the TCPA at 47 U.S.C. §227(b)(1) by using an automatic telephone dialing system ("ATDS") that has the capacity to store or produce telephone numbers as described at 47 USC § 227(a)(1) to call the Plaintiff's wireless phone.

19. Defendant has further exhibited non-compliance with the TCPA by calling the Plaintiff's phone number, which is assigned to a wireless telephone service contrary to 47 U.S.C. §227(b)(1)(A)(iii) which states in part;

(1) PROHIBITIONS.—it shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—

(A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—

(iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call;

WHEREFORE, Plaintiff prays for relief and judgment as follows:

a.  Adjudging that PRA violated the TCPA at 47 U.S.C. § 227.

b.  Awarding Plaintiff statutory damages pursuant to 47 U.S.C. § 227 (b)(3)(B) of $500 for each call made to the Plaintiff's wireless phone;

c.  Awarding Plaintiff any fees and costs incurred in this action;

d.  Awarding such other and further relief as the Court may deem just and proper pursuant to the discretion allowed at 47 U.S.C. § 227 (b)(3), *including treble damages*, or otherwise.

## COUNT II

**DEFENDANT'S WILLFUL OR KNOWING VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT 47 U.S.C. §227(c)(3) AND 47 U.S.C. §227(c)(5)**

20. Plaintiff alleges and incorporates the information in paragraphs 1 through 19.

21. Plaintiff's phone number has been registered on the National Do Not Call Registry since 1-November-2008, more than 30 days prior to Defendant's first violation. (See Exhibit "A")

22. Defendant, a debt collector, regularly contacts consumers via mail services and telephone.

23. Defendant, a debt collector, is familiar with consumer protection laws, including the TCPA.

24. Defendant called the Plaintiff's cellular phone on a minimum of five (5) occasions, contrary to 47 U.S.C. § 227(c)(3)(F), clearly establishing willful and knowing violations of the TCPA.

25. Defendant further demonstrated willful or knowing behavior, bypassing or ignoring information readily available to businesses on the National Do Not Call Registry.

26. Defendants actions clearly demonstrated willful or knowing non-compliance with 47 U.S.C. §227(c)(5) by calling the Plaintiff's phone number, more than once during a 12 month period as described in .

27. Plaintiff brings forth this action pursuant to 47 U.S.C. §227(c)(5) which states in part:

> (5) PRIVATE RIGHT OF ACTION.—A person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may, if otherwise permitted by the laws or rules of court of a State bring in an appropriate court of that State—
>
> (A) an action based on a violation of the regulations prescribed under this subsection to enjoin such violation,
>
> (B) an action to recover for actual monetary loss from such a violation, or to receive up to $500 in damages for each such violation, whichever is greater, or
>
> (C) both such actions.

(and) "…If the court finds that the defendant willfully or knowingly violated the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph."

WHEREFORE, Plaintiff prays for relief and judgment as follows:

    e.   Adjudging that PRA violated the TCPA at 47 U.S.C. § 227.

    f.   Awarding Plaintiff statutory damages pursuant to 47 U.S.C. § 227(c)(5) of $500 for each and every call following the first call made to the Plaintiff's wireless phone as knowing and/or willful violations as described at 47 U.S.C. §227(c)(5);

    g.   Awarding Plaintiff any fees and costs incurred in this action;

    h.   Awarding such other and further relief as the Court may deem just and proper pursuant to the discretion allowed at 47 U.S.C. § (c)(5), *including treble damages*, or otherwise.

## COUNT III
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692(d)

28. Defendant caused Plaintiff's phone to ring on numerous occasions, therefore, violating the FDCPA at 15 U.S.C. § 1692 (d)(5).

29. Defendant repeatedly placed telephone calls to Plaintiff without disclosing his/her identity, therefore violating the FDCPA at 15 U.S.C. § 1692 d(6).

WHEREFORE, Plaintiff prays for relief and judgment as follows:

    a.   Adjudging that PRA violated the FDCPA.

    b.   Awarding Plaintiff statutory damages pursuant to 15 U.S.C. § 1692k, in the amount of $1000;

    c. Awarding Plaintiff any fees and costs incurred in this action;

    d. Awarding such other and further relief as the Court may deem just and proper

## CONCLUSION

Plaintiff seeks monetary damages for violations of the TCPA in the amount of the statutory minimums, $4500.00. However, should the Court at its' discretion determine willful and knowing behavior of the Defendant regarding TCPA violations, Plaintiff seeks treble damages. Plaintiff further seeks minimum statutory damages of $1000 for FDCPA violations.

## RESERVATION OF RIGHTS

Plaintiff reserves all rights for actual damages that have occurred or that discovery may bear as witness, including but not limited to, Defendant's telephone system records which may reveal additional unauthorized calls and repeat violations made by Defendant to Plaintiff's phone. All Rights Reserved.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully Submitted,

_[signature]_
Jeanette Antonette Andasola, Plaintiff
In Proper Persona

## VERIFICATION

I, the undersigned, hereby Attest and Declare:

I am the Plaintiff in the foregoing document entitled, VERIFIED COMPLAINT FOR RELIEF.

I have read and know the contents thereof and certify that the matters stated therein are facts of my own knowledge, except as to those matters, which are therein stated upon my information or belief, and as to those matters I believe them to be correct.

I depose and declare that the following facts are true, correct and complete to the best of my knowledge and belief, and that this verification is executed in _Phoenix_, Arizona and is dated this _fourth_ day of the twelfth month, two thousand and fourteen, in the two hundred thirty-seventh year of the Independence of Republic for the united States of America.

*[signature]*
Jeanette Antonette Andasola, Plaintiff

The above named Affiant appeared before me, a Notary, subscribed, sworn under oath this _fourth_ day of _Dec._, 2014.

*[signature: Elizabeth C. Williams]*
Notary

My commission expires: 12/17/2017            seal

*[Notary seal: ELIZABETH C. WILLIAMS, Notary Public - Arizona, Maricopa County, My Commission Expires December 17, 2017]*

# Exhibit "A"

Jeanette Andasola

| | |
|---|---|
| From: | Jeanette <rureadi@cox.net> |
| Sent: | Thursday, October 09, 2014 4:19 PM |
| To: | Jeanette Andasola |
| Subject: | FW: National Do Not Call Registry - Your Registration Is Confirmed |

**From:** Verify@DonotCall.gov [mailto:Verify@DonotCall.gov]
**Sent:** Thursday, October 09, 2014 4:17 PM
**To:** rureadi@cox.net
**Subject:** National Do Not Call Registry - Your Registration Is Confirmed

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 5224 on November 01, 2008. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

*************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

This email is free from viruses and malware because avast! Antivirus protection is active.

1

# Exhibit "B"

**Status**

Service state
In service

Mobile network state
Disconnected

My phone number
602-717-5224

MIN
6027175224

PRL Version
59407

ESN
Dec: 128057729874
Hex: 0x8058164E

MEID

SAMSUNG

## Transaction Details

Information:



($49.87)
2014-10-19 07:13:13

Details:



STRAIGHTTALK*AIRTIME
877-430-2355 FLUS

OK

10/15/2014