Donald Peder Johnsen (Bar No. 011545)
dpj@gknet.com
Hannah H. Porter (Bar No. 029842)
hannah.porter@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Attorneys for defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jeanette Antonette Andasola,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, LLC,<br><br>　　　　　　Defendant. | No. CV-14-02635-PHX-BSB<br><br>**NOTICE OF SETTLEMENT** |

  Defendant Portfolio Recovery Associates, LLC, by and through counsel undersigned, and in accord with LRCiv 40.2(d), hereby provides notice that the parties have settled this matter.

  The parties are in the process of preparing the final settlement documents, and will shortly forward to the Court an appropriate stipulation to dismiss and an appropriate proposed order.

        DATED this 6th day of March, 2015.

        GALLAGHER & KENNEDY, P.A.

        By:/s/ Hannah H. Porter
         Attorneys for defendant

1  I certify that on this 6th day of March, 2015, I electronically transmitted a PDF version of
2  this document to the Clerk of Court, using the CM/ECF System, for filing and sent a copy
   of this document via U.S. Mail to:
3  Ms. Jeanette Antonette Andasola
4  PO Box 3571
   Scottsdale, Arizona 85271-3571
5  Plaintiff in propria persona

6
   /s/ Hannah H. Porter
7  4696517