Donald Peder Johnsen (Bar No. 011545)
dpj@gknet.com
Hannah H. Porter (Bar No. 029842)
hannah.porter@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
Telephone:   (602) 530-8000
Attorneys for defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jeanette Antonette Andasola,<br><br>              Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, LLC,<br><br>              Defendant. | No. CV-14-02635-PHX-BSB<br><br>**STIPULATION TO DISMISSAL** |

The parties herein, by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that this action and all of the plaintiff's claims herein may be dismissed in their entirety, with prejudice, and without awarding attorney fees, costs, or disbursements to any party.

DATED this 2d day of April, 2015.

/s/ Jeanette Antonette Andasola (by permission)
Plaintiff in propria persona

DATED this 2d day of April, 2015.

GALLAGHER & KENNEDY, P.A.

By: /s/ Donald Peder Johnsen
Attorneys for defendant

1  I certify that on this 2d day of April, 2015, I electronically transmitted a PDF version of
2  this document to the Clerk of Court, using the CM/ECF System, for filing and sent a copy
   of this document via U.S. Mail to:
3  Ms. Jeanette Antonette Andasola
4  PO Box 3571
   Scottsdale, Arizona 85271-3571
5  Plaintiff in propria persona
6  /s/ Donald Peder Johnsen
   4696465

2