# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeanette Antonette Andasola,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates LLC,<br><br>　　　　　　Defendants. | No. CV-14-02635-PHX-BSB<br><br>**ORDER** |

Upon stipulation of the parties pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii) (Doc. 19), and good cause appearing,

**IT IS ORDERED** dismissing this action in its entirety with prejudice, with each party to bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** the Case Management Conference set for April 14, 2015 is **VACATED**.

Dated this 3rd day of April, 2015.

_____
Bridget S. Bade
United States Magistrate Judge